THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIUD BENNETT, Appellant. [934 NYS2d 922]—

Memorandum: Defendant appeals from an order determining that he is a level three risk pursuant to the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Defendant failed to preserve for our review his contention that he was entitled to a downward departure from his presumptive risk level (*see People v Clark,* 66 AD3d 1366 [2009], *lv denied* 13 NY3d 713 [2009]; *People v Ratcliff,* 53 AD3d 1110 [2008], *lv denied* 11 NY3d 708 [2008]). In any event, we reject that contention inasmuch as "defendant failed to present clear and convincing evidence of special circumstances justifying a downward departure" (*People v Regan,* 46 AD3d 1434, 1435 [2007]). Present—Scudder, P.J., Centra, Carni, Lindley and Martoche, JJ.